■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. JOEL J. TYLER et al., Respondents.— Application unanimously denied, the cross motion

granted, and the petition dismissed, without costs and without disbursements. Concur — Markewich, J. P., Nunez, Murphy, Tilzer and Macken, JJ.